Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 4034 | **DATE** | 11/30/2005 |
| **CASE TITLE** | Darryl Hamilton vs. David Garza | | |

**DOCKET ENTRY TEXT**

The above cause is dismissed without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|